MARY E. WEEKS, *Administratrix, etc., Respondent, v.* THE LONG ISLAND RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.

ANTHONY BECHT, *Administrator, etc., Respondent, v.* AUSTIN CORBIN, *Receiver, etc., Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* O'MARA and others, *Appellants, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order affirming proceedings of commissioners and dismissing writ of *certiorari* reversed, with costs, and relator restored. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JAMES SLATTERY, *Appellants, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order affirming proceedings of commissioners and dismissing writ of *certiorari* reversed, with costs, and relator restored. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GEORGE S. MAGRATH, *Appellants. v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order affirming proceedings of commissioners and dismissing writ of *certiorari* reversed, with costs, and relator restored. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JAMES COTTRELL, *Appellants, v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, *Respondents.* — Order affirming proceedings of commissioners and dismissing writ of *certiorari* reversed, and relator restored. Opinion by DYKMAN, J.

JACOB HAAG and PHILIP HAAG, *Claimants and Respondents, v.* CHARLES HILLEMEIER, *Owner and Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by CULLEN, J.

JAMES SHERIDAN, *Respondent, v.* RICHARD HEALY, *Appellant.* — Judgment reversed and case sent back to referee to determine what compensation is proper to be allowed defendant for his services. Opinion by DYKMAN, J.; CULLEN, J., not sitting.

WILLIAM H. CATLIN, *Respondent, v.* THE ADIRONDACK COMPANY and others, *Appellants.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

ISAAC BANKER, *Respondent, v.* HENRY MANSING, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.